CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

RICHARD MORIN (SBN: 285275)
legal@rickmorin.net
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Telephone: (916) 333-2222
Attorney for Defendant
Healthy Eyes Optometry, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORE AMELOOT,<br><br>    Plaintiff,<br><br>  v.<br><br>HEALTHY EYES OPTOMETRY, Inc., a California Corporation; and Does 1-10,<br><br>    Defendant. | Case: 2:21-CV-01196-TLN-JDP<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 19, 2021    CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: November 19, 2021    LAW OFFICE OF RICK MORIN, PC

By: /s/Richard Morin
    Richard Morin
    Attorneys for Defendant
    Healthy Eyes Optometry, Inc.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for Healthy Eyes Optometry, Inc., and that I have obtained Richard Morin authorization to affix his electronic signature to this document.

Dated: November 19, 2021        CENTER FOR DISABILITY ACCESS

                                                By:   /s/Amanda Seabock
                                                      Amanda Seabock
                                                      Attorneys for Plaintiff